**Order entered April 23, 2014**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00131-CV

**JPMORGAN CHASE BANK, N.A., Appellant**

**V.**

**SOFIA BORQUEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CRESENCIO BORQUEZ, MERCEDES BORQUEZ, INDIVIDUALLY, AND JOEL BORQUEZ, INDIVIDUALLY, Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-09-09096-A**

## ORDER

We **GRANT** court reporter Cathye Moreno's April 21, 2014 request for extension of time to file the record and **ORDER** the record be filed no later than May 23, 2014.

/s/    ELIZABETH LANG-MIERS
            JUSTICE